UNITED STATES DISTRICT COURT  **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-12-1409-R                                              Date: FEBRUARY 21, 2012

Title:   FEDERAL HOME LOAN MORTGAGE CORP -V- PASCUALA L. GARCIA
=========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

<u>William Horrell</u>                                                      <u>None Present</u>
Courtroom Deputy                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT


**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful detainer action, a federal question does not present itself.  See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim).  As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**


cc: counsel of record


MINUTES FORM 11                                                  Initials of Deputy Clerk ___WH____
CIVIL -- GEN